

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

BLAIR J. HENDRICKS
BHENDRICKS@SOKOLOFFSTERN.COM

January 5, 2026

VIA ECF
Honorable Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   *McKenna v. Nassau County, et al.*
              Docket No. 23-CV-04286 (SJB)(ST)
              File No. 230176

Your Honor:

      This firm represents defendants in this action. We write to respectfully request that this Court dismiss this action as plaintiff has not moved to substitute a proper party pursuant to the Court's order dated October 15, 2025. Plaintiff's 90-day deadline to do so expired on January 1, 2026.

      The Court may dismiss a case where a plaintiff fails to move to substitute following a suggestion of death. *See Whitty v. Cnty. of Suffolk*, No. 19CV00611, 2023 WL 1929781, at *2 (E.D.N.Y. Feb. 10, 2023) (quoting Fed. R. Civ. P. 25(a)(1)) ("Because the 90-day window to file a motion for substitution has long since closed, 'the action by ... the decedent must be dismissed.'"); *see also Baskerville v. Hunter*, No. 21CV04582, 2023 WL 1785575, at *2 (E.D.N.Y. Feb. 6, 2023) (dismissing action where plaintiff failed to move to substitute within 90 days of being served with a suggestion of death).

      Because plaintiff has failed to substitute a proper party within his 90-day window, this action should be dismissed. Thank you for your consideration of this matter.

                                Respectfully submitted,

                                SOKOLOFF STERN LLP

                                *Blair Hendricks*

                              BLAIR J. HENDRICKS

cc:    ALL COUNSEL VIA ECF