

**THE LAW OFFICES OF**
# CLARKE & FELLOWS
140 GAZZA BOULEVARD
FARMINGDALE NY, 11735
TELEPHONE: (631) 532-0221
FACSIMILE: (631) 777-7312

January 11, 2026

VIA ECF
The Honorable Steven Tiscione
United States Magistrate Judge
United States District Court,
Eastern District of New York
100 Federal Plaza Central Islip, NY 11722

Re: Mckenna v. Nassau County et al. 2:23-cv-04286

LETTER-MOTION FOR EXTENSION OF TIME TO SUBSTITUTE PURSUANT TO FED. R. CIV. P. 25(a)(1) AND 6(b)

Dear Magistrate Judge Tiscione:

    This firm represents Plaintiff Kevn McKenna in the above-referenced matter. We write to respectfully request a 90-day extension of the current deadline to move for substitution of a proper party for the deceased Plaintiff. The current deadline is January 13, 2026.

    Since the filing of the Suggestion of Death on October 15, 2025, counsel has engaged in diligent efforts to identify a family member to serve as the voluntary administrator of the decedent's estate. Despite multiple communications, the decedent's family has remained noncommittal and has recently informed counsel that they are unwilling to petition the Surrogate's Court for Letters of Administration.

    As a result, there is currently no "proper party" to substitute under Rule 25. Furthermore, the decedent passed away with significant outstanding legal fees owed to this firm pursuant to a valid retainer agreement. To protect the interests of the estate and its creditors, it is necessary to

involve the Nassau County Public Administrator and or for the undersigned to petition the Surrogate.

    Because the family will not act, counsel must now initiate a proceeding in the Nassau County Surrogate's. As the Court is aware, the appointment of a government official via the Surrogate's Court is a process that involves timelines that cannot be completed within the original 90-day window provided by this Court's October 15 Order.

    To avoid the harsh sanction of dismissal and to allow for the proper administration of the estate, we respectfully request that the Court grant a 90 day extension of time.

    This is the first request for an extension of this deadline.

Respectfully submitted,

                                          Respectfully submitted,

                                                     Jonathan Clarke