

### THE LAW OFFICES OF
# CLARKE & FELLOWS
**140 GAZZA BOULEVARD**
**FARMINGDALE NY, 11735**
**TELEPHONE: (631) 532-0221**
**FACSIMILE: (631) 777-7312**

September 13, 2024

VIA ECF
The Honorable Steven Tiscione
 United States Magistrate Judge
United States District Court,
Eastern District of New York
100 Federal Plaza Central Islip, NY 11722

Re: Mckenna v. Nassau County et al. 2:23-cv-04286

**LETTER-MOTION FOR EXTENSION OF TIME TO SUBSTITUTE PURSUANT TO FED. R. CIV. P. 25(a)(1) AND 6(b)**

Dear Magistrate Judge Tiscione:

This office represents descendant Kevin McKenna. We are writing to  update the Court regarding the status of the administration proceedings and to request a further extension of the current stay.

Patricia Centonze, the sister of the decedent, has officially agreed to serve as the Administrator of the estate.

Our office is currently finalizing the necessary petition and supporting documentation. We intend to formally file the Administration proceeding with the Nassau County Surrogate's Court no later than this Friday, February 27, 2026.

In light of this progress, we respectfully request an extension of the stay to allow sufficient time for the Court to process the filing and for Mrs. Centonze to be formally appointed. This extension will ensure the estate is protected and that the fiduciary can begin her duties.

Thank you for your time and consideration of this request.

Respectfully submitted,


Jonathan Clarke