

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

BLAIR J. HENDRICKS
BHENDRICKS@SOKOLOFFSTERN.COM

May 21, 2026

**VIA ECF**
Honorable Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:  *McKenna v. Nassau County, et al.*
> Docket No. 23-CV-04286 (SJB)(ST)
> File No. 230176

Your Honor:

This firm represents defendants in this action. We write jointly with Plaintiff's counsel per the Court's order to provide a status update on this matter. On May 20, 2026, Defendants served Plaintiff's counsel with a motion to dismiss pursuant to Federal Rules of Civil Procedure 25(a)(1) and 41(b). Defendants will file a separate letter addressed to Judge Bulsara with a joint proposed briefing schedule for the motion.

Thank you for your consideration of this matter.

Respectfully submitted,

SOKOLOFF STERN LLP

BLAIR J. HENDRICKS

cc:     All Counsel Via ECF