179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516) 334-4500  FAX (516) 334-4501  WWW.SOKOLOFFSTERN.COM

SOKOLOFF
STERN LLP

BLAIR J. HENDRICKS
BHENDRICKS@SOKOLOFFSTERN.COM

May 21, 2026

**VIA ECF**
Honorable Sanket J. Bulsara
100 Federal Plaza
Courtroom 930
Central Islip, NY 11722

       Re:   *McKenna v. Nassau County, et al.*
           Docket No. 23-CV-04286 (SJB)(ST)
           File No. 230176

Your Honor:

      This firm represents defendants in this action. We write jointly with Plaintiff's counsel to propose a briefing schedule pursuant to Your Honor's Individual Rule VI(C).

      On May 20, 2026, Defendants served a motion to dismiss pursuant to Federal Rules of Civil Procedure 25(a)(1) and 41(b) via email and regular mail on Plaintiff's counsel. Because the motion will be filed using the Bundling Rule pursuant to Individual Rule VI(D), the parties propose the following briefing schedule:

- June 15, 2026: Plaintiff to serve opposition
- June 29, 2026: Defendants to serve reply, and parties to respectively file their papers in support of the fully-briefed motion

      Thank you for your consideration of this matter.

                        Respectfully submitted,

                        SOKOLOFF STERN LLP

                        BLAIR J. HENDRICKS

cc:    ALL COUNSEL VIA ECF