

STEVEN C. STERN
SSTERN@SOKOLOFFSTERN.COM

June 29, 2026

**VIA ECF**
Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Courtroom 930
Central Islip, NY 11722

        Re:   *McKenna v. Nassau County, et al.*
             Docket No. 23-CV-04286 (SJB)(ST)
             File No. 230176

Your Honor:

    This firm represents defendants in this action. We write to inform the Court that we served Defendants' reply memorandum of law on plaintiff's counsel via email and filed the fully-briefed motion pursuant to Rule VI.D of Your Honor's Individual Rules.

    Thank you for your consideration of this matter.

                Respectfully submitted,

                SOKOLOFF STERN LLP

                STEVEN C. STERN

cc:    All Counsel via ECF