UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KEVIN McKENNA and NASSAU COUNTY NEWS NY, Docket No. 2:23-cv-04286

Plaintiffs,

-against-

NASSAU COUNTY, RICHARD J. NICOLELLO, individually and in his official capacity as Presiding Officer of the Nassau County Legislature, NASSAU COUNTY POLICE DEPARTMENT and NASSAU COUNTY POLICE OFFICER JOHN DOE,

Defendants.

---

CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 7.1

I, Jonathan C. Clarke, an attorney duly admitted to practice before the United States District Court for the Eastern District of New York, hereby certify pursuant to Local Civil Rule 7.1 as follows:

1. I am counsel of record for Plaintiffs in the above-captioned action.
2. According to the word-processing system (Microsoft Word) used to prepare Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 25(a)(1) and 41(b) (dated June 15, 2026), the total word count of the memorandum is 860 words, exclusive of the caption, table of contents, table of authorities, signature block, and this certificate.
3. The memorandum complies with the applicable length limits set forth under Local Civil Rule 7.1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: Farmingdale, New York
July 21, 2026

Jonathan C. Clarke, ESQ.
LAW OFFICE OF CLARKE & FELLOWS P.C.
*Attorneys for Plaintiffs*
140 Gazza Boulevard
Farmingdale, New York 11735
Tel: (631) 532-0221